# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

United States of America,

                    Petitioner,                    Criminal No. 06-365 (RHK/RLE)

vs.                                                                **ORDER**

Todd Edward Hammond,

                    Defendant.

---

        This matter is venued in the Fifth Division.

        All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: November 27, 2006


                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge