UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-365 (RHK/RLE)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    ) <br>        PLAINTIFF, )<br>    v.    )<br>    )<br>TODD EDWARD HAMMOND, )<br>    )<br>        DEFENDANT. ) | FINAL ORDER OF FORFEITURE |

WHEREAS, on May 8, 2007, this Court entered a Preliminary Order of Forfeiture forfeiting certain property to the United States pursuant to Title 18, United States Code, Section 2253(a);

WHEREAS, on May 18, May 25 and June 1, 2007, the plaintiff published notice of the forfeiture of the above-described property in *Finance and Commerce*, Minneapolis, Minnesota, of the United States' intent to dispose of the above-described property in accordance with law, and of the right of third parties to petition the Court within 30 days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the above-described property;

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired; and

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. all right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to Title 18, United States Code, Section 2253(a):

   a. a Stingray digital web cam, serial number 301VB1AX006881;

   b. a Concorde digital camera, serial number AP1042347; and

   c. a Compaq Presario desktop computer, serial number MXM4240TP8; and

2. the above-described property shall be disposed of by the United States Marshals Service in accordance with law.

   LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 8/10/07

          s/Richard H. Kyle
          RICHARD H. KYLE, Judge
          United States District Court